**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

March 18, 2021

Your civil action *Hoover v. PHH Mortgage Corporation et al* was filed in the U.S. District Clerk's office at Tacoma on March 3, 2021.

Your case has been assigned Case Number **3:21–cv–05154–BHS,** and has been assigned to Judge Benjamin H. Settle, Presiding Judge.

***All future correspondence with the Court must contain the entire case number as indicated above.***

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file