```
MIME-Version:1.0
From:ecfwebmaster@wawb.uscourts.gov
To:ecfwebmaster
Bcc: HenryDeGraaffPS@jubileebk.net, mainline@hdm-legal.com, igotnotices@henrydegraaff.com, chenry@hdm-legal.com, eedling@houser-law.com, jason@alkc.net, johnm@schweetlaw.com, rnorman@houser-law.com, rperez@houser-law.com
Do not notice for BK case:

Message-Id:<33994381@wawb.uscourts.gov>
Subject:Hoover v. Qualilty Loan Service Corporation of Washington et 20-04002-MJH Supplemental Transmittal of Record on Appeal
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**   Western District of Washington

**Do not reply to this email. If you have questions, contact the Clerk's Office.**

Notice of Electronic Filing

The following transaction was received from Manley, Sherri entered on 3/30/2021 at 2:41 PM PDT and filed on 3/30/2021
**Case Name:**   Hoover v. Quality Loan Service Corporation of Washington et
**Case Number:**   [20-04002-MJH](#)
**Docket Text:**   Supplemental Transmittal of Record on Appeal - ORDER Denying Motion to Stay Proceedings Pending Appeal and Ordering Other Relief. USDC Case No 21-5154-BHS; BK Internal Appeal Number 21-T003. (Related document(s)[89], [110])(SLM)
**Document Number:**   111

The above document(s) are associated with this transaction:

**20-04002-MJH Notice will be electronically mailed to:**

Jason D Anderson on behalf of Plaintiff Sarah Hoover
jason@alkc.net

Emilie K Edling on behalf of Defendant HSBC Bank USA, NA
eedling@houser-law.com, rperez@houser-law.com

Christina L Henry on behalf of Plaintiff Sarah Hoover
chenry@hdm-legal.com, HenryDeGraaffPS@jubileebk.net;mainline@hdm-legal.com;igotnotices@henrydegraaff.com

John Anthony McIntosh on behalf of Defendant IH6 Property Washington LP
johnm@schweetlaw.com

Joseph W McIntosh on behalf of Defendant Qualilty Loan Service Corporation of Washington
jmcintosh@McCarthyHolthus.com, wbabst@mccarthyholthus.com

Robert W Norman on behalf of Defendant HSBC Bank USA, NA
rnorman@houser-law.com, rperez@houser-law.com

**20-04002-MJH Notice will not be electronically mailed to:**

Below is the Order of the Court.

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>SARAH HOOVER,<br><br>                    Debtor. | Bk. No. 19-42890 |
| SARAH HOOVER,<br><br>                    Plaintiff,<br><br>        v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON; PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES; HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2; NEWREZ, LLC; AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES,<br><br>                    Defendants. | Adversary No. 20-04002<br><br>**ORDER DENYING MOTION TO STAY PROCEEDINGS PENDING APPEAL AND ORDERING OTHER RELIEF** |

This matter came before the Court on the Defendant PHH Mortgage Corporation's, HSBC Bank USA, N.A.'s, and New Rez, LLC's (collectively "PHH") motion seeking a stay of all proceedings in this case pending appeal and the resolution of a discovery dispute over punitive

damages between PHH and the Plaintiff, Ms. Hoover. ECF Nos. 95, 97 (the "PHH Motion"). This Court issued an oral ruling on the PHH Motion on March 29, 2021, at a 1:00 PM hearing held telephonically. Based on this Court's March 29, 2021 oral findings and conclusions of law that are incorporated under Fed. R. Bankr. P. 7052, the Court hereby

**ORDERS** that PHH's motion for stay pending appeal, ECF Nos. 95, 97, is DENIED; it further

**ORDERS** that discovery on the damages against PHH for willful violation of the automatic stay under § 362(k) is suspended and the scheduled June 2, 2021 trial is stricken and will be rescheduled as needed; it further

**ORDERS** that adjudication of whether IH6 willfully violated the automatic stay is suspended; it further

**ORDERS** that a status conference will be held on April 20, 2021, at 2:30 PM to ensure that the Order has been fully complied with regarding undoing the void Sale and returning the Bonney Lake Property title to the Suleiman Trust.

/ / / End of Order / / /