UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>SARAH HOOVER,<br><br>    Debtor. | USDC Number:  3:21-cv-05154-BHS<br><br>Case No.: 19-42890-MJH<br><br>Internal Appeal Number: 21−T003<br><br>Adversary No.: 20-04002-MJH |
| SARAH HOOVER,<br><br>    Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES<br><br>    Defendants. | **ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES**<br><br>**NOTED:** April 13, 2021<br><br>**WITHOUT ORAL ARGUMENT** |

ORDER GRANTING UNOPPOSED MOTION TO EXTEND
DEADLINES
USDC No. 3:21-cv-05154-BHS
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

1    THIS MATTER having come before the Court on Appellants PHH Mortgage Corporation D/B/A PHH Mortgage Service, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2, and NewRez, LLC's (collectively, the "Appellants") Unopposed Motion to Extend Deadlines (Doc. 11) in the above-captioned appeal, and the Court finding no genuine issue of material fact, it is hereby

ORDERED that Appellants' motion is GRANTED. The deadlines for (1) filing a Designation of Record on Appeal; (2) filing a Statement of Issues on Appeal; and (3) ordering appropriate transcripts for the appeal is extended to March 31, 2021.

Dated this 15th day of April, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

**HOUSER LLP**
*/s/ Emilie K. Edling*
Emilie K. Edling  (SBN 45042)
Robert W. Norman, Jr. (SBN 37094)
*Attorneys for Defendants PHH Mortgage Corporation, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2, and NewRez, LLC*

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES
USDC No. 3:21-cv-05154-BHS
Page 2

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839