```
MIME-Version:1.0
From:ecfwebmaster@wawb.uscourts.gov
To:ecfwebmaster
Bcc: HenryDeGraaffPS@jubileebk.net, mainline@hdm-legal.com, igotnotices@henrydegraaff.com, chenry@hdm-legal.com, eedling@houser-law.com, jason@alkc.net, johnm@schweetlaw.com, rnorman@houser-law.com, rperez@houser-law.com
Do not notice for BK case:

Message-Id:<34030729@wawb.uscourts.gov>
Subject:Hoover v. Quaillty Loan Service Corporation of Washington et 20-04002-MJH Certificate of Readiness
```

Content-Type: text/html

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court** Western District of Washington

**Do not reply to this email. If you have questions, contact the Clerk's Office.**

Notice of Electronic Filing

The following transaction was received from Manley, Sherri entered on 4/19/2021 at 12:24 PM PDT and filed on 4/19/2021
**Case Name:** Hoover v. Quaility Loan Service Corporation of Washington et
**Case Number:** [20-04002-MJH](#)
**Docket Text:** Certificate of Readiness Transmitted to District Court. All transcripts ordered by the parties are on file with the USBC. The record of appeal is ready for the purposes of this appeal. USDC Case No 21-5154-BHS; BK Internal Appeal No 21-T003. (Related document(s)[89]) Check Status of Appeal by 10/18/2021. (SLM)
**Document Number:** 121

The above document(s) are associated with this transaction:

**20-04002-MJH Notice will be electronically mailed to:**

Jason D Anderson on behalf of Plaintiff Sarah Hoover
jason@alkc.net

Emilie K Edling on behalf of Defendant HSBC Bank USA, NA
eedling@houser-law.com, rperez@houser-law.com

Christina L Henry on behalf of Plaintiff Sarah Hoover
chenry@hdm-legal.com, HenryDeGraaffPS@jubileebk.net;mainline@hdm-legal.com;igotnotices@henrydegraaff.com

John Anthony McIntosh on behalf of Defendant IH6 Property Washington LP
johnm@schweetlaw.com

Joseph W McIntosh on behalf of Defendant Quaililty Loan Service Corporation of Washington
jmcintosh@McCarthyHolthus.com, wbabst@mccarthyholthus.com

Robert W Norman on behalf of Defendant HSBC Bank USA, NA
rnorman@houser-law.com, rperez@houser-law.com

**20-04002-MJH Notice will not be electronically mailed to:**