Robert W. Norman, Jr. (SBN 37094)
Emilie K. Edling (SBN 45042)
Houser LLP
600 University St., Suite 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>SARAH HOOVER,<br><br>Debtor. | USDC Number: 3:21-cv-05154-BHS<br><br>Case No.: 19-42890-MJH<br><br>Internal Appeal Number: 21−T003<br><br>Adversary No.: 20-04002-MJH |
| SARAH HOOVER,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES<br><br>Defendants. | **UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY BRIEF**<br><br>**NOTED:** October 15, 2021<br><br>**WITHOUT ORAL ARGUMENT** |

/ / / /

UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
TO FILE REPLY BRIEF
USDC No. 3:21-cv-05154-BHS
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

## I. CERTIFICATE OF COMPLIANCE

Pursuant to LR 7(j), counsel for the PHH Mortgage Corporation d/b/a PHH Mortgage Services, NewRez, LLC, and HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 (collectively, "Appellants") conferred with counsel for Sarah Hoover ("Respondent"), and is advised that there is no opposition to this motion.

## II. MOTION

Pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 9006(b)(1), Appellants respectfully request that this Court extend its deadline to file Appellants' Reply Brief in this matter by 7 days, such that the new deadline will be October 22, 2021.

## III. POINTS AND AUTHORITIES

Appellants request a brief additional extension of time of 7 days to complete and submit their Reply Brief in this matter, such that the new deadline for the Reply Brief in this matter will be October 22, 2021. Despite best efforts, undersigned counsel was out of the office ill part of this week, and therefore requires this brief additional extension to finalize the Reply Brief and allow time for circulation and review before filing. No significant delay of this matter will result from the extension and no party will be prejudiced. In light of Respondents' consent, Appellant respectfully requests that the Court grant Appellant's unopposed motion and extend the deadline to file the Reply Brief to October 22, 2021.

DATED: October 15, 2021

**HOUSER LLP**

By: */s/ Emilie K. Edling*
Emilie K. Edling WSBA No. 45042
eedling@houser-law.com
*Attorneys for Defendants PHH Mortgage Corporation, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2, and NewRez, LLC*

UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
TO FILE REPLY BRIEF
USDC No. 3:21-cv-05154-BHS
Page 2

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

# CERTIFICATE OF SERVICE

On October 15, 2021, I served the foregoing document(s): UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY BRIEF, in the manner described below:

| | |
|---|---|
| Jason D. Anderson<br>Anderson Santiago, PLLC<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>Jason@alkc.net<br>*Counsel for Plaintiff/Debtor* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| Christina L. Henry<br>Henry & Degraaff, P.S.<br>119 1st Ave S, Ste 500<br>chenry@hdm-legal.com<br>*Counsel for Plaintiff/Debtor* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| Joseph W. McIntosh<br>McCarthy & Holthus, LLP<br>108 1st Ave South, Suite 300<br>Seattle, WA 98104<br>jmcintosh@mccarthyholthus.com<br>*Counsel for Quality Loan Service Corporation of Washington* | ☐ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☒ Email<br>☐ Courier |
| John A. McIntosh<br>Schweet Linde & Coulson, PLLC<br>575 S. Michigan St.<br>Seattle, WA 98108<br>johnm@schweetlaw.com<br>*Counsel for IH6 Property Washington, L.P.* | ☐ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☒ Email<br>☐ Courier |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 15, 2021

*Rachel M. Perez*
Rachel M. Perez

UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
TO FILE REPLY BRIEF
USDC No. 3:21-cv-05154-BHS
Page 3

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839