Robert W. Norman, Jr. (SBN 37094)
Emilie K. Edling (SBN 45042)
Houser LLP
600 University St., Suite 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>SARAH HOOVER,<br><br>　　　　　　Debtor.<br>_____ | USDC Number:  3:21-cv-05154-BHS<br><br>Case No.: 19-42890-MJH<br><br>Internal Appeal Number: 21−T003<br><br>Adversary No.: 20-04002-MJH |
| SARAH HOOVER,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>QUALITY LOAN SERVICE<br>CORPORATION OF WASHINGTON,<br>PHH MORTGAGE CORPORATION<br>D/B/A PHH MORTGAGE SERVICES,<br>HSBC BANK USA, N.A., AS<br>TRUSTEE OF THE FIELDSTONE<br>MORTGAGE INVESTMENT TRUST,<br>SERIES 2006-2, NEWREZ, LLC, AND<br>IH6 PROPERTY WASHINGTON, L.P.<br>D/B/A INVITATION HOMES<br><br>　　　　　　Defendants. | **APPELLANTS' SUPPLEMENTAL APPENDIX** |

/ / / /

APPELLANTS' SUPPLEMENTAL APPENDIX
USDC No. 3:21-cv-05154-BHS
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

1

## **APPELLANTS' SUPPLEMENTAL APPENDIX TABLE OF CONTENTS**

2

| Docket No. | Case No. | Title of Document | ASA. No. |
|---|---|---|---|
| 69-1 | 20-04002 | Declaration of John McIntosh with Exhibits H and I (Other Exhibits Omitted) | 1241-1259 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Judge Mary Jo Heston
Chapter 13
Location: Tacoma
Hearing Date: November 20, 2020
Hearing Time: 9:00 a.m.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

SARAH HOOVER,

                                        Debtor,

SARAH HOOVER,

                                        Plaintiff,

v.

QUALITY LOAN SERVICE CORP. OF
WASHINGTON, et. al.,

                                        Defendants.

BK Case No. 19-42890-MJH

Adversary Case No. 20-04002-MJH

**DECLARATION OF JOHN
MCINTOSH**

I, John McIntosh, declare as follows:

1.      I am one of the attorneys for IH6 Property Washington, L.P. ("IH6 Property").  I am of legal age and competent to testify.  I have personal knowledge of the statements made in this declaration.

2.      Attached hereto as Exhibit A is a copy of the recorded Trustee's Deed to Sarah and Leo Hoover and Eastside Funding, LLC for security purposes only conveying property commonly known as 14510 Holiday Dr. NW, Gig Harbor, WA.

DECLARARATION OF MCINTOSH - 1

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

**ASA 1241**

3.      Attached hereto as Exhibit B is a copy of the sale history of 14510 Holiday Dr. NW, Gig Harbor, WA I obtained from the Pierce County Treasurer-Assessor website on November 13, 2020.

4.      Attached hereto as Exhibit C is a copy of the recorded Trustee's Deed to Sarah and Leo Hoover and Eastside Funding, LLC for security purposes only conveying property commonly known as 15303 103rd Avenue CT E, Puyallup, WA.

5.      Attached hereto as Exhibit D is a copy of the sale history of 15303 103rd Avenue CT E, Puyallup, WA I obtained from the Pierce County Treasurer-Assessor website on November 13, 2020.

6.      Attached hereto as Exhibit E is copy of the Corporate Information for Alis Homes, LLC I obtained from the Washington Secretary of State website on November 13, 2020.

7.      Attached hereto as Exhibit F is a copy of the recorded Trustee's Deed to Alis Homes, LLC and Eastside Funding, LLC for security purposes only conveying property commonly known as 1717 Willow St, Sumner, WA.

8.      Attached hereto as Exhibit G is a copy of the sale history of 1717 Willow St, Sumner, WA I obtained from the Pierce County Treasurer-Assessor website on November 13, 2020.

9.      Attached hereto as Exhibit H is a copy of the Complaint filed in King County Superior Court Case No. 17-2-07550-7 KNT.

10.      Attached hereto as Exhibit I is a copy of a Declaration filed by the Debtor on behalf of Alis Homes, LLC in King County Superior Court Case No. 17-2-07550-7 KNT.

I declare under the penalty of perjury that the foregoing is true and correct.

DECLARARATION OF MCINTOSH - 2

**ASA 1242**
*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Dated: November 13, 2020 at Seattle, WA

/s/John A. McIntosh
John A. McIntosh, WSBA 43113

DECLARARATION OF MCINTOSH - 3

**ASA 1243**

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101

Exhibit H

FILED

17 MAR 28 PM 3:07

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-07550-7 KNT

1

2

3

4

5

6          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
              IN AND FOR THE COUNTY OF KING

7

| | |
|---|---|
| HOLESHOT PROPERTIES, LLC, a Washington state limited liability company; Assignee of PACWEST INVESTMENT GROUP, INC., a Nevada corporation, | No. |
| | COMPLAINT |
| Plaintiff, | |
| v. | |
| ALIS HOMES, LLC, a Washington state limited liability company, and AMERICAN CONTRACTORS INDEMNITY CO., a Washington state corporation, Bond No. 100301498, | |
| Defendants. | |

8

9

10

11

12

13

14

15

16

17          COMES NOW Plaintiff, HOLESHOT PROPERTIES, LLC, by and through its

18      attorneys of record, Chad E. Ahrens and Maura S. McCoy of Smith Alling, P.S., and for

19      claims against Alis Homes, LLC, allege and aver as follows:

20                      I.      **PARTIES AND JURISDICTION**

21          1.1     Plaintiff Holeshot Properties, LLC (hereinafter "Holeshot") is a Washington

22      state limited liability company with its principal place of business in Graham, Pierce County,

23      Washington.  Holeshot has paid all corporate license fees to date as required by law.

COMPLAINT – Page 1



SMITH | ALLING, P.S.
ATTORNEYS AT LAW

**ASA 1244**

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

1  Holeshot is the current fee owner of the subject real property and improvements located at the

2  common address of 34625 53rd Ave S., Auburn, King County, Washington (the "Real

3  Property") and is the assignee of PacWest Investment Group, Inc., the fee owner at the time

4  Defendant Alis Homes, LLC was engaged as a general contractor for improvements to the

5  Real Property.  For purposes of this Complaint, wherever Plaintiff Holeshot is referenced

6  herein such reference shall mean Plaintiff Holeshot Properties, LLC, owner of the Real

7  Property and assigned and successor-in-interest to PacWest Investment Group, Inc.

8          1.2     Defendant Alis Homes, LLC (hereinafter "Alis") is a Washington state limited

9  liability company with its principal place of business located at 18205 106th St. E, Bonney

10 Lake, Pierce County, Washington, and, all times relevant hereto, conducted business in Pierce

11 County, Washington as a duly licensed general contractor, bonded, and registered pursuant to

12 RCW 18.27.040 under registration number ALISHHL844DD all times relevant hereto.

13         1.3     Defendant American Contractors Indemnity Company is a Washington State

14 insurer and is the surety which issued a bond on behalf of Defendant Alis under Bond No.

15 100301498, in the amount of $12,000. This bond was posted by Alis for the principal purpose

16 of allowing Alis the requirements for registration pursuant to RCW 18.27, for the period of

17 March 1, 2016 until cancelled. Plaintiff is within the class of persons intended to be protected

18 by said bond.

19         1.4     Jurisdiction and venue are properly placed in the Superior Court of King

20 County, Washington, pursuant to RCW 4.12 *et seq*.

21                              **II.     FACTS**

22         2.1     Plaintiff Holeshot, as owner of the Real Property, engaged Defendant Alis to

23 perform construction services as a general contractor at the Real Property. Defendant Alis's

COMPLAINT – Page 2



SMITH | ALLING ps
ATTORNEYS AT LAW

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

ASA 1245

1  scope of work included, by way of example, but by no means limited to: installation of new

2  windows and doors; painting of interior and exterior; remodeling kitchen and laundry rooms

3  as well as various other repairs (the "Work"). The total estimate to complete the Work was

4  $43,436.53.

5        2.2     In order to commence the Work, Defendant Alis required a $20,000.00

6  construction deposit from Plaintiff, Holeshot; $10,000.00 of which was allotted as an advance

7  for the express purpose of purchasing materials required for the Work and the remainder was

8  allotted for work to be performed by Defendant Alis.  Plaintiff Holeshot paid this initial

9  construction deposit as required and, accordingly, Defendant Alis started the Work on the

10  Real Property.

11        2.3     Plaintiff Holeshot and Defendant Alis's business relationship and their

12  understanding of the Work and associated costs was based upon both written and verbal

13  communications between the parties.  At no time prior to Defendant Alis's self-termination

14  and abandonment of the Work did Plaintiff Holeshot or its affiliates self-perform any of the

15  Work.

16        2.4     Defendant Alis failed to provide Plaintiff with a "Notice to Customer"

17  disclosure as required by RCW 18.27.114 prior to commencing the Work.  In addition, none

18  of Defendant Alis's written invoices or other communications referenced Alis's contractor

19  registration number.

20        2.5     In attempting to perform under the parties' agreement, Defendant Alis

21  performed work that was outside the scope of the Work, which of the work Plaintiff Holeshot

22  was aware, Defendant Alis was specifically told to not to perform. As more particularly set

23  forth herein, Defendant Alis breached the parties' agreement by failing to perform its

COMPLAINT – Page 3



SMITH | ALLING, P.S.
ATTORNEYS AT LAW

**ASA 1246**

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

1  contractual obligations including, by way of example but by no means limited to: failing to

2  perform the Work in a workmanlike manner or failing to perform it at all; failing to purchase

3  the required materials; failing to use licensed, registered, and bonded subcontractors and,

4  ultimately, abandoning its Work.

5        2.6     Defendant Alis utilized inexperienced, unlicensed subcontractors to perform

6  the Work.  In addition, Defendant Alis employed inexperienced laborers to perform the Work.

7        2.7     Of the portion of Work that was actually attempted by Defendant Alis, its

8  agents and/or subcontractors, the work and work-product fell far below the industry standards.

9        2.8     Defendant Alis actually failed to use any portion of the construction deposit to

10  purchase materials for the Work, or otherwise refused to provide Plaintiff Holeshot any

11  records to demonstrate that such materials were in fact purchased.  In the alternative, if

12  Defendant Alis actually purchased materials, said materials were never provided to Plaintiff

13  Holeshot.

14        2.9     As a result of Defendant Alis's failure to perform the Work and properly

15  construct, repair and improve the Real Property as agreed, Plaintiff Holeshot was forced to

16  hire additional contractors to correct or complete Defendant Alis's work, which has resulted

17  in actual costs to Plaintiff.

18        2.10    When Defendant Alis issued invoices, it failed to credit Plaintiff Holeshot for

19  work Alis agreed to not charge for due to admitted poor workmanship and/or failure(s) to

20  perform the Work as agreed.

21        2.11    Plaintiff Holeshot routinely requested that Defendant Alis provide an

22  accounting and documentation to support the labor and materials that it charged to Plaintiff

23

COMPLAINT – Page 4



SMITH | ALLING, ps

ATTORNEYS AT LAW

**ASA 1247**

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

1    Holeshot.   However, Defendant Alis refused or otherwise failed to provide any

2    documentation, materials, or accounting to support their charges.

3         2.12    Defendant Alis never provided Plaintiff Holeshot with a sufficient accounting

4    of what materials were purchased during its time performing portions of the Work.

5         2.13    At all times relevant hereto, Plaintiff Holeshot justifiably relied upon

6    Defendant Alis as its general contractor, its purported construction experience, as expressly

7    represented by Defendant Alis, for performance of the Work for a reasonable value and price.

8    Defendant Alis exploited Plaintiff Holeshot's trust and confidence to grossly overcharge for

9    the work it did attempt to perform and/or to charge Plaintiff Holeshot for work that was not

10   actually performed.

11        2.14    Ultimately, as a result of Defendant Alis's deceptive business practices,

12   Plaintiff paid Defendant Alis an amount significantly greater than the "market" or reasonable

13   value for the work actually performed.

14        2.15    There is risk of harm to other customers in the State of Washington as a result

15   of Defendant Alis's business practices and the pattern and practice engaged in this matter by

16   Defendant Alis demonstrates potential repetition to other customers.

17        2.16    As a result of Defendant Alis's breach(es) of the parties' agreement and

18   ultimate failure to perform the Work,  Plaintiff Holeshot has had to exercise its remedies

19   including, but not limited to engaging subcontractors to remedy and complete Defendant

20   Alis's  Work.  To date, Plaintiff Holeshot has incurred damages of not less than $50,000.00

21   with the total sum of damages incurred to be established at trial.

22

23

COMPLAINT – Page 5



SMITH | ALLING, PS
ATTORNEYS AT LAW

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

ASA 1248

2.17    Based upon information and belief, Alis was undercapitalized for the time period referenced above and, based on further information and belief, its principals, members, and/or officers knew or should have known of such undercapitalization.

### III.    FIRST CAUSE OF ACTION –
### CLAIM ON CONTRACTORS BOND

3.1    Plaintiff realleges and incorporates the preceding paragraphs of this pleading as thought set forth in full herein.

3.2    Defendant American Contractors Indemnity Company is named solely as issuing Bond No. 100301498, in the amount of $12,000, pursuant to Washington State law, RCW 18.27 *et seq.*, on behalf of Defendant Alis. Defendant American Contractors Indemnity Company is named as a party in this action for the sole purpose of Plaintiff's claim against the surety bond of Defendant.  Plaintiff Holeshot is an assignee of PacWest Investment Group, LLC pursuing a claim against the bond.

### IV.    SECOND CAUSE OF ACTION –
### BREACH OF CONTRACT/QUANTUM MERUIT

4.1    Plaintiff realleges and incorporates the preceding paragraphs of this pleading as thought set forth in full herein.

4.2    In exchange for payment, Defendant Alis agreed to perform construction services and the Work on the Real Property.  The agreement between Plaintiff Holeshot and Defendant Alis is a valid and binding contract.  Defendant Alis breached its contract with Plaintiff Holeshot by unduly delaying performance, failing to perform duties pursuant to the contract, and/or committing other acts or omissions amounting breaches of contract.

4.3    As a result of Defendant Alis's breaches, Plaintiff Holeshot has sustained economic harm and is entitled to monetary damages in amount to be proven at trial resulting

COMPLAINT – Page 6



SMITH | ALLING P.S.
ATTORNEYS AT LAW

**ASA 1249**

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

1   from all direct, foreseeable, consequential, and incidental actions and/or omissions of

2   Defendant Alis.  Plaintiff Holeshot is further entitled to be paid accrued interest, attorneys'

3   fees and costs incurred in pursuing this action

### V.      THIRD CAUSE OF ACTION –
### VIOLATION OF CONSUMER PROTECTION ACT

5       5.1    Plaintiff realleges and incorporates the preceding paragraphs of this pleading

6   as thought set forth in full herein.

7       5.2    Defendant Alis engaged in unfair and deceptive acts affecting the public

8   interest and are therefore in violation of the Consumer Protection Act, RCW 19.86, *et seq.*

9   Defendant Alis provided estimates and contract amounts with which it could not comply.

10  Defendant Alis also failed to follow the statutorily required procedures set forth in RCW

11  18.27, *et seq.*, in performing construction work including, but not necessarily limited to,

12  failing to provide a "Notice to Customer" as required by RCW 18.27.114.  Pursuant to RCW

13  18.27.350, Defendant Alis's infraction is deemed to affect the public interest and "shall

14  constitute a violation of chapter 19.86 RCW." These acts by Defendant Alis have affected the

15  public interest and show potential for repetition to other customers.

16      5.3    As a result of Defendant Alis's violation of the Consumer Protection Act,

17  Plaintiff is entitled to treble damages and reasonable costs and attorneys' fees.

### VI.      FOURTH CAUSE OF ACTION –
### CONVERSION/CONSTRUTIVE TRUST

20      6.1    Plaintiff realleges and incorporates the preceding paragraphs of this pleading

21  as thought set forth in full herein.

22  //

23  //

COMPLAINT – Page 7

SMITH | ALLING, PS
ATTORNEYS AT LAW

ASA 1250

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

6.2     Defendant Alis's acts have seriously and intentionally interfered with Plaintiff Holeshot's right of possession to its property.  Defendant's acts have caused physical damage to Plaintiff's property.

6.3     Plaintiff has been damaged as a result of such conversion, in an amount to be established at trial.

6.4     In the alternative, Defendant Alis purports to hold title to the Plaintiff's chattel in the form of money and other personal property. Plaintiff's tendered money, including but not limited to, the $20,000.00 construction deposit and other personal property to Defendant Alis in trust for the Work to the Real Property with the understanding that they would receive the benefit of the bargain – performance of the Work or return of the money and personal property tendered.  Defendant Alis's possession of Plaintiff's money and other personal property through actual fraud, misrepresentation, concealment, abuse of confidence, or other questionable means.

6.5     As a result of malfeasance by Defendant Alis, Defendant Alis would be unjustly enriched by retention of the chattel and therefore have an equitable duty to convey and return the Plaintiff's property or to pay Plaintiff the value of the property in an amount to be proven at trial.

## VII.   FIFTH CAUSE OF ACTION – UNJUST ENRICHMENT

7.1     Plaintiff realleges and incorporates the preceding paragraphs of this pleading as thought set forth in full herein.

7.2     In the alternative to breach of contract or quantum meruit, Plaintiff hereby claims under promissory estoppel.  By tendering payments to Defendant Alis, and Defendant

COMPLAINT – Page 8



SMITH | ALLING P.S.
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

**ASA 1251**

1    Alis's failure to perform *quid pro quo*, Plaintiffs conferred a benefit to Defendant Alis.

2    Defendant Alis was aware of the benefit being conferred by Plaintiff but has failed or refused

3    to refund the payment or tender the performance owed.  It is unjust for Defendant Alis to

4    retain the benefit conferred by Plaintiffs without tendering payment to the extent of its unjust

5    enrichment.

6        7.3.    Plaintiff is entitled to be paid the principal amount owed for the benefit

7    conferred to Defendant Alis.  Plaintiff is further entitled to be paid accrued interest, attorneys'

8    fees and costs incurred in bringing this action.

9                        **VIII.   SIXTH CAUSE OF ACTION –**
                            **PROMISSORY ESTOPPEL**

10       8.1     Plaintiff realleges and incorporates the preceding paragraphs of this pleading

11   as thought set forth in full herein.

12       8.2     By entering into an agreement with Defendant Alis and having Defendant Alis

13   accept Plaintiff's payment(s), Plaintiff should have reasonably expected Defendant Alis to

14   perform as required under the contract where Defendant Alis failed to do so.  Acting in

15   justifiable reliance on the promise of Defendant Alis, Plaintiffs tendered payment(s) to

16   Defendant Alis.  Injustice can be prevented only by enforcing the promise of Defendant Alis.

17       8.3     Plaintiff is entitled to be reimbursed of all amounts paid on the contract.

18   Plaintiff is further entitled to be paid late fees, accrued interest, reasonable attorneys' fees, and

19   legal costs incurred in pursuing this action.

20   //

21   //

22   //

23

COMPLAINT – Page 9

SMITH | ALLING P.S.
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

ASA 1252

## IX.  SEVENTH CAUSE OF ACTION –
## NOTICE OF INTENT TO DISCOVER CORPORATE DISREGARD
### (as to the principals, members, and officers of Defendant Alis, LLC)

9.1     Plaintiff realleges and incorporates the preceding paragraphs of this pleading as thought set forth in full herein.

9.2     Based on information and belief (including, but not limited to, information and belief that Defendant Alis was undercapitalized and/or its principals, members, and/or officers engaged in conduct allowing Plaintiff to "pierce the corporate veil"), Plaintiff alleges that the doctrine of corporate disregard applies with regards to the principals, members, and/or officers of Defendant Alis which will render its corporate members liable at law or in equity for all or a portion of the damages owed to Plaintiff.  Plaintiffs hereby put Defendant Alis's corporate members and officers on notice of its intent to claim on this issue, to conduct further discovery, and amend its complaint to include Defendant Alis's corporate members and officers as named defendants in the above-captioned matter.

## X.     RESERVATION OF RIGHTS

Plaintiff reserve the right to assert additional claims as may be appropriate following further investigation and discovery.

## XI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for the following relief against Defendants, jointly and severally:

11.1     For judgment against Defendants in an amount to be proven at trial, plus interest at the rate of twelve percent (12%) per annum on the liquidated sum.

11.2     For judgment against the Defendants for consequential damages in an amount to be proven at trial incurred as a result of Defendant Alis's breach of contract;

COMPLAINT – Page 10

SMITH | ALLING, P.S.
ATTORNEYS AT LAW

**ASA 1253**

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

1    11.3    For judgment against Defendants for damages incurred as a result of Alis's

2  above-referenced conduct.

3    11.4    For judgment against Defendants in an amount to be proven at the time of trial

4  representing the reasonable costs to properly repair Plaintiff's home.

5    11.5    For judgment against Defendants for attorneys' fees and costs as provided by

6  statute or equity;

7    11.6    For judgment against Defendant American Contractor's Indemnity Company

8  in the bond amount of $12,000;

9    11.7    For judgment against Defendants for treble damages under RCW 19.86 *et seq.*;

10  and

11    11.8    For an award of Plaintiffs' post-judgment attorneys' fees and costs incurred in

12  collection on the judgment.

13    11.9    For such other relief as the Court deems just and equitable.

14    DATED this ____ day of January, 2017.

15                                        SMITH ALLING, P.S.

16

17    By: _____
                                          Chad E. Ahrens, WSBA #36149
18                                        Maura S. McCoy, WSBA #48070
                                          Attorneys for Plaintiff

19

20

21

22

23

COMPLAINT – Page 11

SMITH | ALLING
ATTORNEYS AT LAW

**ASA 1254**

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

Exhibit I

FILED

17 OCT 18 AM 9:31

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-07550-7 KNT

1

2

3

4

5

6

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

7

8

9

10

11

12

13

14

15

| | |
|---|---|
| HOLESHOT PROPERTIES, LLC, a Washington state limited liability company; Assignee of PACWEST INVESTMENT GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALIS HOMES, LLC, a Washington state limited liability company, and AMERICAN CONTRACTORS INDEMNITY CO., a Washington state corporation, Bond No. 100301498,<br><br>Defendants. | JUDGE MATTHEW W. WILLIAMS<br><br>NO.  17-2-07550-7 KNT<br><br>**DECLARATION OF SARAH V. HOOVER IN SUPPORT OF ALIS HOMES, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing: November 17, 2017 at 9:00 a.m. With Oral Argument |

16

    I, SARAH V. HOOVER, state and declare as follows:

17      1.      I am over the age of eighteen (18) and make this statement based on my

18  personal knowledge.

19      2.      I am one of the owners of Alis Homes, LLC ("Alis Homes").

20      3.      I, on behalf of Alis, negotiated with Heather Rickman of Holeshot Properties

21  LLC's ("Holeshot") predecessor, PacWest Investment Group, Inc. ("PacWest"), to perform

22  certain construction services as part of a remodel of a property in Auburn, Washington and

23  Alis ultimately entered into a verbal agreement with PacWest. It was my understanding that

24  PacWest intended to remodel the home for the purposes of selling it.  In other words, to flip it.

25  Attached hereto as **Exhibit 1** is a true and correct copy of a report generated on the King

**ASA 1255**

DECLARATION OF SARAH V. HOOVER - 1

GILLASPY & RHODE, PLLC
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

County Department of Assessments indicating PacWest purchased the property July 29, 2016 for $200,000 and sold it (as Holeshot) on November 30, 2016 for $361,000.

4.     Alis Homes then performed the following work on the project: framed a downstairs closet, framed laundry closet, opened up access hole from garage to heater room, removed one of the two kitchen windows, framed and placed temporary siding and installed soffit near that same area, performed demolition of portions of the kitchen walls, added a temporary support wall, and placed two 2x12x15 beams for added to support.

5.     Alis Homes entered into subcontracts with following subcontractors to perform the respective scopes of work: 2FL Enterprises, LLC dba 2FL Windows & Siding (windows and gutters), Comprehensive Electrical Services, LLC (electrical), Carlson Custom Finishes (painting) and PDM Drywall & Repair (drywall). Contractors retained by Holeshot were also on site during this time, doing other work.

6.     Alis Homes suspended work on the Project less than a month after it started when the relationship had deteriorated.

7.     Alis Homes denies the baseless allegations set out in Holeshot's complaint.

I STATE AND DECLARE UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.


DATED this 28 day of September, 2017 in Bonney Lake, Washington.


Sarah V. Hoover
Sarah V. Hoover

DECLARATION OF SARAH V. HOOVER - 2

GILLASPY & RHODE, PLLC
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956 Fax (425) 462-4995

ASA 1256



ADVERTISEMENT

| New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Print Property Detail |

## PARCEL DATA

| | | | | |
|---|---|---|---|---|
| Parcel | 375160-1007 | | Jurisdiction | KING COUNTY |
| Name | RAMBO JUSTIN M | | Levy Code | 3490 |
| Site Address | 34625 53RD AVE S 98001 | | Property Type | R |
| Residential Area | 055-016 (SW Appraisal District) | | Plat Block / Building Number | 30 |
| | | | Plat Lot / Unit Number | 24-25 |
| Property Name | | | Quarter-Section-Township-Range | SW-23-21-4 |

### Legal Description

JOVITA HEIGHTS ADD
PLat Block: 30
Plat Lot: 24-25

## LAND DATA

| | | | | |
|---|---|---|---|---|
| Highest & Best Use As If Vacant | SINGLE FAMILY | | Percentage Unusable | |
| Highest & Best Use As Improved | PRESENT USE | | Unbuildable | NO |
| | | | Restrictive Size Shape | NO |
| Present Use | Single Family(Res Use/Zone) | | Zoning | R4 |
| | | | Water | WATER DISTRICT |
| Land SqFt | 9,600 | | Sewer/Septic | PRIVATE |
| Acres | 0.22 | | Road Access | PUBLIC |
| | | | Parking | ADEQUATE |
| | | | Street Surface | GRAVEL |

ADVERTIS|

### Views

| | |
|---|---|
| Rainier | |
| Territorial | |
| Olympics | |
| Cascades | |
| Seattle Skyline | |
| Puget Sound | |
| Lake Washington | |
| Lake Sammamish | |
| Lake/River/Creek | |
| Other View | |

### Waterfront

| | |
|---|---|
| Waterfront Location | |
| Waterfront Footage | 0 |
| Lot Depth Factor | 0 |
| Waterfront Bank | |
| Tide/Shore | |
| Waterfront Restricted Access | |
| Waterfront Access Rights | NO |
| Poor Quality | NO |
| Proximity Influence | NO |

### Designations

| | |
|---|---|
| Historic Site | |
| Current Use | (none) |
| Nbr Bldg Sites | |
| Adjacent to Golf Fairway | NO |
| Adjacent to Greenbelt | NO |
| Other Designation | NO |
| Deed Restrictions | NO |
| Development Rights Purchased | NO |
| Easements | NO |
| Native Growth Protection Easement | NO |
| DNR Lease | NO |

### Nuisances

| | |
|---|---|
| Topography | |
| Traffic Noise | |
| Airport Noise | |
| Power Lines | NO |
| Other Nuisances | NO |

### Problems

| | |
|---|---|
| Water Problems | NO |
| Transportation Concurrency | NO |
| Other Problems | NO |

### Environmental

| | |
|---|---|
| Environmental | NO |

## BUILDING

| | |
|---|---|
| Building Number | 1 |
| Year Built | 1959 |
| Year Renovated | 0 |
| Stories | 1 |
| Living Units | 1 |
| Grade | 7 Average |
| Grade Variant | 0 |
| Condition | Good |
| Basement Grade | 6 Low Average |

**ASA 1257**

Exhibit No. 1, Decl. Hoover

| | | |
|---|---|---|
| 1st Floor | 1,070 | |
| 1/2 Floor | 0 | |
| 2nd Floor | 0 | |
| Upper Floor | 0 | |
| Finished Basement | 640 | |
| Total Finished Area | 1,710 | |
| Total Basement | 1,070 | |
| Basement Garage | 340 | |
| Unfinished 1/2 | 0 | |
| Unfinished Full | 0 | |
| AGLA | 1,070 | |
| Attached Garage | 0 | |
| Bedrooms | 3 | |
| Full Baths | 1 | |
| 3/4 Baths | 0 | |
| 1/2 Baths | 0 | |
| Heat Source | Oil | |
| Heat System | Forced Air | |
| Deck Area SqFt | 220 | |
| Open Porch SqFt | 0 | |
| Enclosed Porch SqFt | 0 | |
| Brick/Stone | 0 | |
| Fireplace Single Story | 0 | |
| Fireplace Multi Story | 1 | |
| Fireplace Free Standing | 0 | |
| Fireplace Additional | 1 | |
| AddnlCost | 0 | |
| Obsolescence | 0 | |
| Net Condition | 0 | |
| Percentage Complete | 0 | |
| Daylight Basement | YES | |
| View Utilization | | |

Picture of Building 1



Floor plan of Building 1



**Accessory Of Building Number:** 1

| Accessory Type | Picture | Description | SqFt | Grade | Eff Year | % | Value | Date Valued |
|---|---|---|---|---|---|---|---|---|
| PRK:DET GAR | | | 1510 | 7 Average | 1989 | | | |

**TAX ROLL HISTORY**

| Account | Valued Year | Tax Year | Omit Year | Levy Code | Appraised Land Value ($) | Appraised Imps Value ($) | Appraised Total Value ($) | New Dollars ($) | Taxable Land Value ($) | Taxable Imps Value ($) | Taxable Total Value ($) | Tax Value Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 375160100703 | 2017 | 2018 | | 3490 | 65,000 | 235,000 | 300,000 | 0 | 65,000 | 235,000 | 300,000 | |
| 375160100703 | 2016 | 2017 | | 3490 | 65,000 | 192,000 | 257,000 | 0 | 65,000 | 192,000 | 257,000 | |
| 375160100703 | 2015 | 2016 | | 3490 | 65,000 | 188,000 | 253,000 | 0 | 65,000 | 188,000 | 253,000 | |
| 375160100703 | 2014 | 2015 | | 3490 | 65,000 | 173,000 | 238,000 | 0 | 65,000 | 173,000 | 238,000 | |
| 375160100703 | 2013 | 2014 | | 3490 | 62,000 | 135,000 | 197,000 | 0 | 62,000 | 135,000 | 197,000 | |
| 375160100703 | 2012 | 2013 | | 3490 | 62,000 | 130,000 | 192,000 | 0 | 62,000 | 130,000 | 192,000 | |
| 375160100703 | 2011 | 2012 | | 3490 | 66,000 | 141,000 | 207,000 | 0 | 66,000 | 141,000 | 207,000 | |
| 375160100703 | 2010 | 2011 | | 3490 | 70,000 | 147,000 | 217,000 | 0 | 70,000 | 147,000 | 217,000 | |
| 375160100703 | 2009 | 2010 | | 3490 | 70,000 | 153,000 | 223,000 | 0 | 70,000 | 153,000 | 223,000 | |
| 375160100703 | 2008 | 2009 | | 3490 | 70,000 | 206,000 | 276,000 | 0 | 70,000 | 206,000 | 276,000 | |
| 375160100703 | 2007 | 2008 | | 3490 | 67,000 | 184,000 | 251,000 | 0 | 67,000 | 184,000 | 251,000 | |
| 375160100703 | 2006 | 2007 | | 3490 | 62,000 | 158,000 | 220,000 | 0 | 62,000 | 158,000 | 220,000 | |
| 375160100703 | 2005 | 2006 | | 3490 | 59,000 | 161,000 | 220,000 | 0 | 59,000 | 161,000 | 220,000 | |
| 375160100703 | 2004 | 2005 | | 3490 | 56,000 | 152,000 | 208,000 | 0 | 56,000 | 152,000 | 208,000 | |
| 375160100703 | 2003 | 2004 | | 3490 | 54,000 | 142,000 | 196,000 | 0 | 54,000 | 142,000 | 196,000 | |
| 375160100703 | 2002 | 2003 | | 3490 | 52,000 | 134,000 | 186,000 | 0 | 52,000 | 134,000 | 186,000 | |
| 375160100703 | 2001 | 2002 | | 3490 | 50,000 | 128,000 | 178,000 | 0 | 50,000 | 128,000 | 178,000 | |
| 375160100703 | 2000 | 2001 | | 3490 | 48,000 | 124,000 | 172,000 | 0 | 48,000 | 124,000 | 172,000 | |
| 375160100703 | 1999 | 2000 | | 3490 | 30,000 | 101,000 | 131,000 | 0 | 30,000 | 101,000 | 131,000 | |
| 375160100703 | 1998 | 1999 | | 3490 | 30,000 | 90,000 | 120,000 | 0 | 30,000 | 90,000 | 120,000 | |
| 375160100703 | 1997 | 1998 | | 3490 | 0 | 0 | 0 | 0 | 30,000 | 82,000 | 112,000 | |
| 375160100703 | 1996 | 1997 | | 3490 | 0 | 0 | 0 | 0 | 28,000 | 75,600 | 103,600 | |
| 375160100703 | 1994 | 1995 | | 3490 | 0 | 0 | 0 | 0 | 28,000 | 75,600 | 103,600 | |

**ASA 1258**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 375160100703 | 1992 | 1993 | 3490 | 0 | 0 | 0 | 0 | 31,400 | 61,700 | 93,100 |
| 375160100703 | 1990 | 1991 | 3490 | 0 | 0 | 0 | 0 | 23,100 | 61,700 | 84,800 |
| 375160100703 | 1989 | 1990 | 3490 | 0 | 0 | 0 | 0 | 15,300 | 63,000 | 78,300 |
| 375160100703 | 1988 | 1989 | 3490 | 0 | 0 | 0 | 0 | 15,300 | 46,800 | 62,100 |
| 375160100703 | 1987 | 1988 | 3490 | 0 | 0 | 0 | 0 | 13,500 | 44,600 | 58,100 |
| 375160100703 | 1986 | 1987 | 3490 | 0 | 0 | 0 | 0 | 13,500 | 44,600 | 58,100 |
| 375160100703 | 1985 | 1986 | 3489 | 0 | 0 | 0 | 0 | 12,000 | 48,800 | 60,800 |
| 375160100703 | 1984 | 1985 | 3489 | 0 | 0 | 0 | 0 | 10,000 | 48,800 | 58,800 |
| 375160100703 | 1982 | 1983 | 3489 | 0 | 0 | 0 | 0 | 10,000 | 48,800 | 58,800 |

### SALES HISTORY

| Excise Number | Recording Number | Document Date | Sale Price | Seller Name | Buyer Name | Instrument | Sale Reason |
|---|---|---|---|---|---|---|---|
| 2837271 | 20161201000889 | 11/30/2016 | $361,000.00 | HOLESHOT PROPERTIES LLC | RAMBO JUSTIN M | Statutory Warranty Deed | None |
| 2834657 | 20161117001201 | 11/16/2016 | $0.00 | PACWEST INVESTMENT GROUP INC | HOLESHOT PROPERTIES LLC | Quit Claim Deed | Other |
| 2813542 | 20160803000255 | 7/29/2016 | $200,000.00 | SCHULTZ FERN | PACWEST INVESTMENT GROUP INC | Statutory Warranty Deed | Other |

### REVIEW HISTORY

### PERMIT HISTORY

| Permit Number | Permit Description | Type | Issue Date | Permit Value | Issuing Jurisdiction | Reviewed Date |
|---|---|---|---|---|---|---|
| ADDC15-0193 | OTCP - REPLACE EXISTING DECK WITH 12' X 16' SECOND STORY DECK, | Remodel | 3/24/2015 | $4,800 | KING COUNTY | 6/18/2015 |

### HOME IMPROVEMENT EXEMPTION

| New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Print Property Detail |
|---|---|---|---|---|---|

ADVERTISEMENT

**ASA 1259**

1

**CERTIFICATE OF FILING AND SERVICE**

2

I hereby certify that on October 22, 2021, I filed the original **APPELLANTS'**

3

**SUPPLEMENTAL APPENDIX** with the Clerk of the United States District Court, Western

4

District of Washington, located at 1717 Pacific Avenue, Room 3100, Tacoma, WA 98402-3200,

5

via CM/ECF.

6

I further certify that on October 22, 2021, a true and correct copy of the foregoing

7

**APPELLANTS' SUPPLEMENTAL APPENDIX** was served on the following via the

8

identified methods:

9

Jason D. Anderson                                   ☒ CM/ECF
Anderson Santiago, PLLC                             ☐ UPS Overnight

10

787 Maynard Ave S., Suite B                         ☐ UPS 2 Day Shipping
Seattle, WA 98104                                   ☐ Email

11

Jason@alkc.net                                      ☐ Courier
*Counsel for Plaintiff/Debtor*

12

13

Christina L. Henry                                  ☒ CM/ECF
Henry & Degraaff, P.S.                              ☐ UPS Overnight

14

119 1ˢᵗ Ave S, Ste 500                              ☐ UPS 2 Day Shipping
Seattle, WA 98104                                   ☐ Email

15

chenry@hdm-legal.com                                ☐ Courier
*Counsel for Plaintiff/Debtor*

16

17

Joseph W. McIntosh                                  ☐ CM/ECF
McCarthy & Holthus, LLP                             ☐ UPS Overnight

18

108 1st Ave South, Suite 300                        ☐ UPS 2 Day Shipping
Seattle, WA 98104                                   ☒ Email

19

jmcintosh@mccarthyholthus.com                       ☐ Courier
*Counsel for Quality Loan Service*

20

*Corporation of Washington*

21

John A. McIntosh                                    ☐ CM/ECF

22

Schweet Linde & Coulson, PLLC                       ☐ UPS Overnight
575 S. Michigan St.                                 ☐ UPS 2 Day Shipping

23

Seattle, WA 98108                                   ☒ Email
johnm@schweetlaw.com                                ☐ Courier

24

*Counsel for IH6 Property Washington,*
*L.P.*

25

26

APPELLANTS' SUPPLEMENTAL APPENDIX
USDC No. 3:21-cv-05154-BHS
Page 3

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

1

DATED: October 22, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**HOUSER LLP**

By: */s/ Emilie K. Edling*
Emilie K. Edling WSBA No. 45042
eedling@houser-law.com
Robert W. Norman, Jr. WSBA No. 37094
bnorman@houser-law.com
*Attorneys for Defendants PHH Mortgage
Corporation, HSBC Bank USA, N.A., as
Trustee of the Fieldstone Mortgage
Investment Trust, Series 2006-2, and
NewRez, LLC*

APPELLANTS' SUPPLEMENTAL APPENDIX
USDC No. 3:21-cv-05154-BHS
Page 4

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839