UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: SARAH HOOVER,<br><br>    Debtor.<br>_____<br>SARAH HOOVER,<br><br>    Plaintiff - Appellee,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION, HSBC BANK USA, N.A. AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, and NEWREZ, LLC,<br><br>    Defendants – Appellants,<br><br>    and<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and IH6 PROPERTY WASHINGTON, L.P.,<br><br>    Defendants. | Cause No. C21-5154RSL<br><br>REFERRAL TO BANKRUPTCY COURT |

  This matter is before the Court on debtor Sarah Hoover's request that consideration of attorney's fees be transferred to the Bankruptcy Court in order to avoid piecemeal rulings on the issue. The motion is unopposed and therefore GRANTED.

REFERRAL TO BANKRUPTCY COURT - 1

The Clerk of Court is directed to transfer the above-captioned matter, including consideration of attorney's fees, to the Honorable Mary Jo Heston, United States Bankruptcy Judge for the Western District of Washington.

Dated this 12th day of December, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

REFERRAL TO BANKRUPTCY COURT - 2